IN RE SENATE RESOLUTION RELATING TO SENATE BILL
No. 1.

THE resolution of inquiry is as follows: "Resolved, that the supreme court be requested to answer the following question: Will the provisions of senate bill No. 1, as amended, be operative in Denver, Central City and the other towns and cities of this state incorporated by special charter?"

PER CURIAM. We answer the question as above submitted in the affirmative.